652

Morris, administrator, *v.* Shumate, executrix, *et al.*

Head, Justice. The petition failed to set forth a cause of action for any of the relief prayed, and the trial court properly sustained the general demurrer.

*Judgment affirmed. All the Justices concur.*

No. 17365. February 14, 1951. Rehearing denied March 14, 1951.